July 17, 2015

03-15-00215-CV

Lenny Acevedo v. Federal National Mortgage Association

I received a deposit for the appeal transcript on July 8th, 2015. I am requesting an extension until July 31st, 2015.

Thank you for your consideration and patience. Please contact me if you have any further questions.

Thank you,

*Amanda Anderson, CSR*

Official Court Reporter

County Court at Law No. 2

Travis County, Texas

1000 Guadalupe St., Rm 211

Austin, Texas 78701

512 854-9250

FAX: 512 854-4724